# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**PAUL SCHMITT,**
                            Plaintiff(s),

                  v.                  **TELEPHONE FAIRNESS HEARING**
                                                    Case No. 19-C-1705

**COLOR CRAFT GRAPHIC ARTS LLC,**
                            Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding         Time Called: 10:31 a.m.
Proceeding Held: November 12, 2020                     Time Concluded: 10:37 a.m.
Deputy Clerk: Cheryl                                               Tape: 111220

**Appearances by Telephone:**

    **Plaintiff(s):**    Matthew Tobin

    **Defendant(s):**    Corey Swinick

---

Mr. Tobin informs the Court there we no objections from the class members. The range of settlement is averaged at $25-$50 per member.

The Court approves the settlement, attorney fees and service fee to the plaintiff. Mr. Tobin will send a proposed order for the settlement.

The Court inquires as to publication to employers regarding these types of matters.
Mr. Swinick states he is not aware of any notification to employers.