UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAUL SCHMITT
on behalf of himself and all
others similarly situated,

      Plaintiff,

v.

COLOR CRAFT GRAPHIC ARTS, LLC,

      Defendant.

Case No. 19-C-1705

## ORDER APPROVING FINAL SETTLEMENT

On August 3, 2020, the parties filed a Joint Motion for Preliminary Approval of Settlement (Dkt. No. 20), along with the parties' fully executed "Settlement Agreement and Release." Dkt. No. 20-1. On August 10, 2020, the Court preliminarily approved the parties' settlement. Dkt. No. 25.

On October 29, 2020, the parties filed a Joint Motion for Final Approval of Settlement (Dkt. No. 29), and Plaintiff's counsel filed an unopposed Motion for Approval of Attorneys' Fees and Costs (Dkt. No. 30) and an unopposed Motion for Approval of Plaintiff's Service Award (Dkt. No. 32).

At a November 12, 2020 Fairness Hearing on the parties' request for final approval of their "Settlement Agreement and Release", the Court reviewed the proposed final settlement in this matter, heard that there were no class members who objected to the settlement, and found that the proposed settlement, Plaintiff's counsel's attorneys' fees and case-related costs and expenses, and Plaintiff's service award were fair and reasonable.

**IT IS THEREFORE ORDERED** that the parties Joint Motion for Final Approval of Settlement (Dkt. No. 29) is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Approval of Attorneys' Fees and Costs (Dkt. No. 30) is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Approval of Service Award (Dkt. No. 32) is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court:

1. Approves the parties' settlement as fair, reasonable, and adequate pursuant to Rule 23(e) of the Federal Rules of Civil Procedure;

2. Approves the parties' settlement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 216(b);

3. Approves the settlement payments to the Settlement Class;

4. Instructs Defendant's counsel to provide Plaintiff's counsel with settlement checks for the Settlement Class within thirty (30) days of this Order;

5. Instructs Plaintiff's counsel to send the settlement checks to the Settlement Class via U.S. Mail within ten (10) calendar days of Plaintiff's counsel receipt of the settlement checks from Defendant's counsel;

6. Instructs that the Settlement Class has one hundred eighty (180) days to negotiate or cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendant;

7. Instructs that any Settlement Class member who negotiates or cashes their settlement checks is bound by the settlement;

8. Grants Plaintiff's counsel's unopposed Motion for Approval of Attorneys' Fees and Costs (Dkt. No. 30), and approves Plaintiff's counsel's requested attorneys' fees and costs in the amount of $25,000.00;

9. Grants Plaintiff's unopposed Motion for Approval of Plaintiff's Service Award, (Dkt. No. 32), and approves the Service Payment in the amount of $2,500.00 to Plaintiff Paul Schmitt;

10. Dismisses this case on the merits with prejudice.

Dated at Green Bay, Wisconsin, this 13th day of November, 2020.

s/ William C. Grisbach_____<br>
William C. Griesbach<br>
United States District Judge